Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the

District of Maryland

*em*

USDC- GREENBELT
'26 AUG 13 PM 12:09

Division

Case No. LKG 26 CV 3 1 9 4

*(to be filled in by the Clerk's Office)*

Laquitta Smith-Sewell

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Bureau of Investigation, Maryland Police Chief Association, WE Investigations

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*     X  Yes     ☐  No

# COMPLAINT FOR A CIVIL CASE

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Laquitta Smith-Sewell |
| Street Address | 915 Manor House Drive |
| City and County | Upper Marlboro |
| State and Zip Code | Maryland  20774 |
| Telephone Number | 202-378-8686 |
| E-mail Address | smithljd5202@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ~~Agent~~ *Federal Bureau of Investigation* |
| Job or Title *(if known)* | Federal Agent |
| Street Address | 2600 Lord Baltimore Drive |
| City and County | Windsor Mill, MD 21244 |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Wayne Engram    *WE INVESTIGATIONS* |
| Job or Title *(if known)* | Business Owner |
| Street Address | 10905 Fort Washington Rd |
| City and County | Fort Washington |
| State and Zip Code | MD 20644 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Maryland  Chief of Police Association |
| Job or Title *(if known)* | |
| Street Address | 532 Baltimore Blvd #308 |
| City and County | Westminster |
| State and Zip Code | MD |
| Telephone Number | 21157 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question           ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 1983, 42 U.S. Code § 242, 42 U.S.C. § 1988

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

II.

    b.    If the defendant is a corporation

        The defendant, *(name)*    Maryland Chief of Police Association

        the laws of the State of *(name)*    Maryland

        principal place of business in the State of *(name)*    Maryland

        Or is incorporated under the laws of *(foreign nation)*

        and has its principal place of business in *(name)*

    b.    If the defendant is a corporation

        The defendant, *(name)*    WE Investigation

        the laws of the State of *(name)*    Maryland

        principal place of business in the State of *(name)*    Maryland

        Or is incorporated under the laws of *(foreign nation)*

        and has its principal place of business in *(name)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*    Department of Justice/Federal Bureau , is incorporated under
of Investigation
_____

the laws of the State of *(name)*    Maryland_____ , and has its

principal place of business in the State of *(name)*    Washington, DC_____ .

Or is incorporated under the laws of *(foreign nation)*
_____ ,

and has its principal place of business in *(name)*
_____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants have used their official positions to willfully deny plaintiff her constitutional right to counsel by participating in attorney-client obstruction, coercion, sabotage and or misconduct repeatedly for over a 14 month period. The amount at stake is more than 75,000 due to the defendant length at fault.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff is currently experiencing being denied the right to obtain counsel, attorney-client obstruction, coercion and misconduct on behalf of surveillance by Federal Agent, Maryland Chiefs of Police Association, and WE Investigations. Submitting new complaint regarding recent attorney obstruction issues as of July 16, 2026 at the office of Adams Law Firm, LLC, 1997 Annapolis Exchange St 300, Annapolis, MD 21401 (see attachment).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Non-economic damages, punitive damages, and statutory fees and cost.  Claims alleged are continuing at this present time and as of July 16, 2026 through April 2025.  Law Enforcement and WE Investigations eavesdropped on July 15, 2026 while making an attorney appointment with an intake paralegal at the Adams Law Firm, LLC.  Law Enforcement surveilled an attorney appointment and successfully attempted to utilize my attorney hiring consultation with an attorney having him perform as an informant during consultation.  250,000 for non-economic and punitive damages based on violation of civil rights for over a 14 month period regarding more than one case.  The current alleged claims denies Plaintiff the right to file Motion to Suppress in current pre-investigation for 14 months.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      August 13, 2026

Signature of Plaintiff

Printed Name of Plaintiff      Laquitta Smith-Sewell

### B.    For Attorneys

Date of signing:

Signature of Attorney